IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>CENTUR INC. EXP., CEZAR ROBERTS, and CORNERSTONE STORAGE, LLC,<br><br>Defendants. | 8:23CV67<br><br>ORDER ON NOTICE OF DISMISSAL OF DEFENDANT CORNERSTONE STORAGE, LLC, WITHOUT PREJUDICE |

This case is before the Court on Plaintiff's Notice of Dismissal of Defendant Cornerstone Storage, LLC, Only Without Prejudice Pursuant to Rule 41(a)(1)(A)(i). Filing 36. Plaintiff seeks dismissal of this defendant with all other claims asserted in the action against the other defendants expressly reserved and not dismissed. Defendant Cornerstone Storage has not appeared in this action and has not filed any motion to dismiss on its own behalf. Consequently, dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is appropriate. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Dismissal of Defendant Cornerstone Storage, LLC, Only Without Prejudice Pursuant to Rule 41(a)(1)(A)(i), Filing 36, is granted, and this case is dismissed without prejudice against defendant Cornerstone Storage, LLC, only. All other claims asserted in this action against the other defendants are not dismissed.

Dated this 4th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge